**Dismissed and Opinion Filed May 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-90-01562-CV**

**EARL J. GIBBS, Appellant**
**V.**
**BANK ONE, TEXAS, N.A., F/K/A DEPOSIT INSURANCE BRIDGE BANK,**
**Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 89-01676-L**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

We reinstate this appeal. This case was abated in 1991 due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system; however, nothing on that

system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the

status of the bankruptcy and of this appeal. We cautioned that the failure to respond

would result in the appeal being dismissed for want of prosecution. *See id.*

42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss the appeal. *See id.* 42.3(b),(c).


901562f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EARL J. GIBBS, Appellant

No. 05-90-01562-CV    V.

BANK ONE, TEXAS, N.A., F/K/A
DEPOSIT INSURANCE BRIDGE
BANK, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 89-01676-L.
Opinion delivered by Justice Nowell.
Justices Osborne and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 4th day of May, 2021.